Note:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5040

AMERICAN FEDERAL BANK, FSB,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

David B. Bergman, Arnold & Porter LLP, of Washington, DC, argued for plaintiff-appellee.  With him on the brief were Howard N. Cayne  and Michael A. Johnson.

Kenneth M. Dintzer, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With him on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Timothy Abraham, Elizabeth M. Hosford, and Sameer Yerawadekar, Trial Attorneys.

Appealed from:  United States Court of Federal Claims

Judge Charles F. Lettow

Note:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5040

AMERICAN FEDERAL BANK, FSB,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

# Judgment

ON APPEAL from the        United States Court of Federal Claims

in CASE NO(S).            95-CV-498

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, GAJARSA, and PROST, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: October 1, 2008          /s/ Jan Horbaly_____
                                Jan Horbaly, Clerk